In the Matter of DOUGLAS SMITH, Appellant, against JOSEPH F. GAGLIARDI, Mayor of the Village of Larchmont, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination of respondents, the appeal is from an order dismissing the proceeding. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

In the Matter of AURELIA THORNE, an Alleged Mentally Ill Person, Appellant. VAN BUREN THORNE, JR., et al., Respondents.— Appeal from an order of the County Court, Nassau County, which denied an application to vacate and expunge an order of commitment to a mental institution. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

In the Matter of VERA S. WALKER, Appellant, against SINCLAIR HATCH et al., Constituting the Board of Appeals for the Village of Old Field, Long Island, Respondents.— In this proceeding to review a determination of a zoning board of appeals, the appeal is from an order dismissing the petition. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.